**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

EVE L. HARRIS,
    Plaintiff,

v.                                     Case No. 3:04cv261/MCR/EMT

STATE OF FLORIDA DEPARTMENT
OF FINANCIAL SERVICES,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 13, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED**.

    3. Judgment shall be entered by the clerk in favor of Defendant.

    **DONE AND ORDERED** this 14th day of February, 2006.


                                                 s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS
                                               UNITED STATES DISTRICT JUDGE**